**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA    :

              v.          :      Criminal Action No.: 10-326 (RMU)

NARSINH PATEL,        :

       Defendant.    :

**O R D E R**

It is this 21st day of December 2010, hereby

**ORDERED** that the court concurs with Judge Facciola's Report and Recommendation and accepts the defendant's guilty plea.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge